**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 21-7119**

─────────────

JAMES F. EASON,

        Plaintiff - Appellant,

    v.

JULIAN PRIEST; SGT. MCPHERSON; BILLY MCCUMBEE; FRANKLIN GRAHAM; JEFFREY K. POPE; MONICA BOND; PAULA JONES; J. C. HUGGINS,

        Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:19-ct-03259-BO)

─────────────

Submitted:  September 8, 2022           Decided:  September 12, 2022

─────────────

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

James F. Eason, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

James F. Eason appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint for failure to state a claim under 28 U.S.C. § 1915A(b)(1).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Eason v. Priest*, No. 5:19-ct-03259-BO (E.D.N.C. June 25, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*